# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00726 |
| ) | Judge Aleta A. Trauger |
| THE TENNESSEE DEPARTMENT OF ) | |
| CORRECTION et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Magistrate Judge Alistair Newbern has issued a Report and Recommendation ("R&R") (Doc. No. 39), recommending that the court deny both the Motion to Dismiss filed by Tennessee Department of Correction ("TDOC") Commissioner Tony Parker and TDOC Medical Director Dr. Kenneth Williams (Doc. No. 17) and the separate Motion to Dismiss filed by Dr. Ernest Joseph Jones (Doc. No. 25). Defendants Parker and Williams have not objected to the R&R. The court, accordingly, **ACCEPTS** the Magistrate Judge's recommendation and **DENIES** their Motion to Dismiss without further discussion.

Defendant Jones has lodged Objections. (Doc. No. 40.) As set forth in the accompanying Memorandum, Jones's Objections are **OVERRULED**. The court **ACCEPTS** and **ADOPTS** in the R&R in its entirety and **DENIES** Jones's Motion to Dismiss as well.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge